**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: KEITH W. CAMPBELL                §      Case No. 09-73956
                                        §
                                        §
            Debtors                     §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2009.

2) The plan was confirmed on 12/04/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/06/2010.

5) The case was dismissed on 03/05/2010.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,080.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 430.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 430.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 11.75 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 32.24 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 43.99 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 11.75 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Sec | 5,500.00 | 13,276.96 | 5,500.00 | 229.33 | 156.68 |
| AMERICAN HONDA FINANCE CORP | Uns | 1,300.00 | 0.00 | 7,776.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 8.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 616.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Pri | 891.00 | 818.79 | 818.79 | 0.00 | 0.00 |
| WISCONSIN DEPARTMENT OF | Uns | 0.00 | 75.46 | 75.46 | 0.00 | 0.00 |
| AFNI | Uns | 326.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT ENERGY | Uns | 408.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS | Uns | 4,300.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 339.32 | 339.32 | 339.32 | 0.00 | 0.00 |
| AUDREY JULIEN | Uns | 3,531.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY | Uns | 124.58 | NA | NA | 0.00 | 0.00 |
| CHAD KOLLMAN% MADDEN LAW | Uns | 2,421.79 | 3,124.84 | 3,124.84 | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 825.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OCONOMOWOC | Uns | 820.56 | 820.56 | 820.56 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH EDISON | Uns | 622.36 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Uns | 601.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF WORKFORCE | Uns | 593.00 | NA | NA | 0.00 | 0.00 |
| SPRINT.NEXTEL - DISTRIBUTIONS | Uns | 911.90 | 911.90 | 911.90 | 0.00 | 0.00 |
| DR MOLAR FAMILY DENTISTRY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| EYE PHYSICIANS OF WATERTOWN | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SERVICES | Uns | 248.00 | NA | NA | 0.00 | 0.00 |
| FINCNTRL SERVICES | Uns | 347.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 463.00 | NA | NA | 0.00 | 0.00 |
| FORT QUICK CASH | Uns | 930.34 | NA | NA | 0.00 | 0.00 |
| GENEVA MEADOWS | Uns | 1,619.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Uns | 6,394.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY TEACHERS CREDIT | Uns | 5,341.00 | NA | NA | 0.00 | 0.00 |
| KOHN LAW FIRM | Uns | 2,509.00 | NA | NA | 0.00 | 0.00 |
| LAKES PROPERTY | Uns | 1,568.00 | NA | NA | 0.00 | 0.00 |
| LINDOWS APPLIANCE | Uns | 1,048.00 | NA | NA | 0.00 | 0.00 |
| MARENGO DISPOSAL | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| MARLIN INTGRATED CAPITAL | Uns | 1,262.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 1,208.00 | NA | NA | 0.00 | 0.00 |
| MONCO LAW OFFICES SC | Uns | 374.38 | NA | NA | 0.00 | 0.00 |
| MONEY CONTROL INC | Uns | 224.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL REV | Uns | 482.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 186.00 | NA | NA | 0.00 | 0.00 |
| AURORA MEDICAL GROUP INC | Uns | 5,431.00 | 5,431.00 | 5,431.00 | 0.00 | 0.00 |
| RAUSH STRUM ISRAEL ENERSON | Uns | 538.00 | NA | NA | 0.00 | 0.00 |
| RICHARD KISNER | Uns | 1,636.50 | NA | NA | 0.00 | 0.00 |
| RIVER COLLECTION & RECOVERY | Uns | 771.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| SEAN & DIANE KENNEDY | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| SOLOMAN & SOLOMAN PC | Uns | 149.60 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 14,432.00 | NA | NA | 0.00 | 0.00 |
| STATE OF IL DEPT OF | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| STORAGE EXPRESS | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| TRG ACCOUNT SERVICES | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 4,722.06 | 4,722.06 | 4,722.06 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US CELLULAR | Uns | 382.91 | NA | NA | 0.00 | 0.00 |
| WATERTOWN MEMORIAL | Uns | 1,335.11 | 556.43 | 556.43 | 0.00 | 0.00 |
| UW HEALTH PARTNERS | Uns | 117.00 | 419.00 | 419.00 | 0.00 | 0.00 |
| WAL-MART | Uns | 3,720.00 | NA | NA | 0.00 | 0.00 |
| WATERTOWN QUICK CASH | Uns | 547.03 | 1,080.34 | 1,080.34 | 0.00 | 0.00 |
| WAUKESHA CTY DEPT OF ADMIN | Uns | 798.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN ELECTRIC | Uns | 2,130.00 | NA | NA | 0.00 | 0.00 |
| WISCONSIN POWER & LIGHT | Uns | 2,790.64 | 415.50 | 415.50 | 0.00 | 0.00 |
| WISCTF | Uns | 2,514.00 | NA | NA | 0.00 | 0.00 |
| ADRIANE CAMPBELL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 255.67 | 255.67 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 0.00 | 1,155.00 | 1,155.00 | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING | Uns | 0.00 | 15,986.42 | 15,986.42 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 0.00 | 869.00 | 869.00 | 0.00 | 0.00 |
| WATERTOWN EMERGENCY | Uns | 0.00 | 712.68 | 712.68 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,500.00 | $ 229.33 | $ 156.68 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 5,500.00 | $ 229.33 | $ 156.68 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 818.79 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 818.79 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 44,652.14 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 43.99 |
| Disbursements to Creditors | $ 386.01 |
| **TOTAL DISBURSEMENTS:** | $ 430.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  05/20/2010          By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.